UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

SARA L. ROBERTS § 
 § CIVIL NO:
vs. § MO:16-CV-00342-DC
 § 
BRINKERHOFF INSPECTION, INC. § 

# DEFENDANT'S EXHIBITS

| **Exhibit** | **Description** | **Date Admitted** |
|---|---|---|
| D-1 | SMOB Response to Discrimination Charge | 5/11/18 |
| D-2 | SMOB Equal Employment Opportunity Statement | 5/11/18 |
| D-4 | Plaintiff's Signed Probationary Period Acknowledgment | 5/11/18 |
| D-5 | Text messages between Plaintiff and Keith Demby | 5/11/18 |
| D-6 | Expert Report of Helen Reynolds, Ph. D. | 5/11/18 |
| D-7 | Curriculum vitae and summary f prior testimony of Helen Reynolds, Ph.D. | 5/11/18 |
| D-8 | Expert Report of Bradley T. Ewing, Ph.D | 5/11/18 |
| D-9 | Photo of Plaintiff's 2015 W-2 Wage and Tax statement | 5/11/18 |
| D-10 | Photo of Plaintiff's 2016 W-2 Wage and Tax statement | 5/11/18 |