FILED

JUN -6 2018

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | | |
|---|---|---|
| SARA L. ROBERTS, *Plaintiff*, | § § § | |
| v. | § § | No. MO:16-CV-00342-DC |
| BRINKERHOFF INSPECTION, INC., *Defendant*. | § § § § | |

## Verdict Form

### Question No. 1

Has Plaintiff Sara L. Roberts proved that she would not have been terminated but for her rejection of supervisor Keith Demby's sexual advances, requests, or demands?

Answer "Yes" or "No."

__Yes__

Regardless of your answer to Question No. 1, answer Question No. 2.

### Question No. 2

Has Plaintiff Sara L. Roberts proved that she would not have been terminated in the absence of—in other words, but for her sex?

Answer "Yes" or "No."

__Yes__

Regardless of your answer to Question No. 2, answer Question No. 3.

**Question No. 3**

Has Plaintiff Sara L. Roberts proved that she would not have been terminated in the absence of—in other words, but for her pregnancy?

Answer "Yes" or "No."



      Yes

If you answered "Yes" to Question Nos. 1, 2, or 3, answer Question No. 4. If you answered "No" to all of Question Nos. 1, 2, and 3, do not answer any remaining questions.

**Question No. 4**

What sum of money, if paid now in cash, would fairly and reasonably compensate Plaintiff Sara L. Roberts for the damages, if any, you have found Defendant Brinkerhoff Inspection, Inc. d/b/a SMOB caused Plaintiff Sara L. Roberts?

Answer in dollars and cents for the following items and none other:

1. Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

   $ *42,000.00*

2. Future pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life.

   $ *0.00*

3. Past wages and benefits from September 24, 2015, to June 6, 2018.

   $ *125,000*

4. Future wages and benefits from June 6, 2018, forward.

   $ *0.00*

Regardless of your answer to Question No. 4, answer Question No. 5.

### Question No. 5

Do you find that Plaintiff Sara L. Roberts should be awarded punitive damages?

Answer "Yes" or "No."

__Yes__

If you answered "Yes" to Question No. 5, then answer Question No. 6. If you answered "No" to Question No. 5, do not answer Question No. 6.

### Question No. 6

What sum of money should be assessed against Defendant Brinkerhoff Inspection, Inc. d/b/a SMOB as punitive damages?

Answer in dollars and cents:

$ __841,625.00__

 

                                                   Original signed by the
                                                   foreperson of the Grand Jury

__6-6-18__  
DATE                                                 JURY FOREPERSON