UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND/ODESSA DIVISION

| | |
|---|---|
| SARA L. ROBERTS, § | |
| *Plaintiff*, § | |
| § | |
| v. § | Case No. MO:16-CV-00342-DC |
| § | |
| BRINKERHOFF INSPECTION, INC., § | |
| *Defendant*. § | |

## FINAL JUDGMENT

On June 4–6, 2018, came on for trial the above-styled and numbered cause. Plaintiff Sara L. Roberts appeared in person and by and through her counsel of record, and Defendant Brinkerhoff Inspection, Inc. d/b/a/ SMOB appeared by and through its counsel of record. A jury was duly impaneled and sworn. Plaintiff Sara L. Roberts proceeded to present her evidence. When Plaintiff Sara L. Roberts rested her case-in-chief, Defendant Brinkerhoff Inspection, Inc. d/b/a/ SMOB moved for judgment as a matter of law. The Court denied the motion, and Defendant Brinkerhoff Inspection, Inc. d/b/a/ SMOB proceeded to present evidence. After the close of all the evidence, Defendant Brinkerhoff Inspection, Inc. d/b/a/ SMOB renewed its motion of judgment as a matter of law. The Court denied the motion. After the arguments of counsel, and the charge of the Court, the jury retired to deliberate. On June 6, 2018, the jury returned a unanimous verdict, answering the special interrogatories in favor of Plaintiff Sara L. Roberts. The Court received the verdict and ordered it filed, and hereby renders judgment in accordance with the verdict of the jury. It is therefore, **ORDERED**, **ADJUDGED**, and **DECREED** that Plaintiff Sara L. Roberts do have and recover of and from Defendant Brinkerhoff Inspection, Inc., d/b/a SMOB the following damages:

| | |
|---|---:|
| Past pain and suffering, inconvenience, mental anguish, and loss of enjoyment of life | $20,000.00 |
| Past wages and benefits from September 24, 2015 to June 6, 2018 | $125,000.00 |
| Punitive Damages | $30,000.00 |
| Attorney Fees | $94,810.50 |
| Costs | $6,109.72 |
| Pre-judgment Interest | $12,551.52 |
| TOTAL | $288,471.74 |

The entire sum shall bear interest at the legal rate of 2.34 percent per annum from the date of judgment until paid. The Clerk of Court shall **CLOSE** this case.

It is so **ORDERED**.

SIGNED this 22nd day of June, 2018.

_____
DAVID COUNTS
UNITED STATES DISTRICT JUDGE